UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARRIME L. STRATTON,

Plaintiff,

-against-

ST. LUKES HOSPITAL; CITY OF NEWBURGH POLICE; JOHN DOE DISCHARGE DOCTOR; JOHN DOE CITY OF NEWBURGH POLICE DEPARTMENT,

Defendants.

25 CIVIL 10402 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the November 14, 2026, order, this action is dismissed.

The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. *See* 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated: November 19, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge